**Order filed April 16, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00170-CV

_____

### HINDU ASHRAM, INC., Appellant

### V.

### SANJAY SARAN MATHUR, SEEMA MATHUR AND THE HEIRS OF RAMESH S. MATHUR, Appellees

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-201944**

---

## O R D E R

The notice of appeal in this case was filed December 16, 2013. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **May 1, 2015.** *See* Tex. R. App. P. 5. If appellant

fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM